# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MICHELLE A. MCELHANNON,

     Plaintiff,

v.

CAPIO PARTNERS, LLC,

     Defendant.

Case No.  3:20-cv-01685-B

Honorable Jane J. Boyle

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHELLE A. MCELHANNON, and the Defendant, CAPIO PARTNERS, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CAPIO PARTNERS, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 8, 2020

Respectfully Submitted,

**MICHELLE A. MCELHANNON**

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

**CAPIO PARTNERS, LLC**

*/s/ Charles R. Penot, Jr.* (*with consent*)
Charles R. Penot, Jr.
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202
Phone: (214) 741-3009
Fax: (214) 741-3098
cpenot@sessions.legal

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim